United States District Court
Southern District of Texas
**ENTERED**
September 21, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § | |
| v. | § § | **CRIMINAL NO. 18-415** |
| **STEVEN HUGH HUNTER** | § § § | **UNDER SEAL** |

## ORDER

The Court has considered the unopposed motion for continuance. Based on the representations made in the motion, the Court finds that the ends of justice are served by granting a continuance.

The motion for continuance is therefore GRANTED. The following deadlines shall govern the disposition of this case:

| | |
|---|---|
| PSR shall be filed by | December 21, 2020 |
| Objections to the PSR or Statement of No Objection shall be filed by | January 7, 2021 |
| Final PSR with any addendum shall be filed by | January 21, 2021 |

Sentencing is now set on January 28, 2021 at 2:00 p.m.

SIGNED at Houston, Texas, on the 18 day of Sept, 2020.

DAVID HITTNER
U.S. DISTRICT COURT JUDGE