United States District Court
Southern District of Texas
**ENTERED**
December 14, 2020
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | CRIMINAL NO. 18-415 |
| STEVEN HUGH HUNTER | § § § | UNDER SEAL |

## ORDER

The Court has considered the unopposed motion for continuance. Based on the representations made in the motion, the Court finds that the ends of justice are served by granting a continuance.

The motion for continuance is therefore GRANTED. The following deadlines shall govern the disposition of this case:

PSR shall be filed by       April 22, 2021

Objections to the PSR or Statement
of No Objection shall be filed by       May 6, 2021

Final PSR with any addendum
shall be filed by       May 20, 2021

Sentencing is now set on  May 27        , 2021 at 1:30 p.m.

SIGNED at Houston, Texas, on the __16__ day of __Dec__, 2020.

DAVID HITTNER
U.S. DISTRICT COURT JUDGE