United States District Court
Southern District of Texas
**ENTERED**
April 07, 2021
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| v. | § | **CRIMINAL NO. 18-415** |
| | § | |
| **STEVEN HUGH HUNTER** | § | **UNDER SEAL** |
| | § | |

## ORDER

The Court has considered the unopposed motion for continuance. Based on the representations made in the motion, the Court finds that the ends of justice are served by granting a continuance.

The motion for continuance is therefore GRANTED. The following deadlines shall govern the disposition of this case:

PSR shall be filed by      August 26, 2021

Objections to the PSR or Statement of No Objection shall be filed by      September 9, 2021

Final PSR with any addendum shall be filed by      September 23, 2021

Sentencing is now set on September 30, 2021 at 1:30 P m.

SIGNED at Houston, Texas, on the 7 day of Apr, 2021.

DAVID HITTNER
U.S. DISTRICT COURT JUDGE