United States District Court
Southern District of Texas
**ENTERED**
July 29, 2021
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | CRIMINAL NO. 18-415 |
| | § § | |
| STEVEN HUGH HUNTER | § § | UNDER SEAL |

## ORDER

The Court has considered the unopposed motion for continuance. Based on the representations made in the motion, the Court finds that the ends of justice are served by granting a continuance.

The motion for continuance is therefore GRANTED. The following deadlines shall govern the disposition of this case:

| | |
|---|---|
| PSR shall be filed by | December 2, 2021 |
| Objections to the PSR or Statement of No Objection shall be filed by | December 16, 2021 |
| Final PSR with any addendum shall be filed by | December 30, 2021 |

Sentencing is now set on January 6, 2022 at 2:00 p.m.

SIGNED at Houston, Texas, on the 25 day of July, 2021.

DAVID HITTNER
U.S. DISTRICT COURT JUDGE