United States District Court
Southern District of Texas
**ENTERED**
November 02, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| United States of America, | § § § | |
| v. | § § | C.R. ACTION NO. 4:18-415 |
| Steven Hugh Hunter, | § § § | |

## ORDER

Pending before the Court is the Unopposed Motion to Continue Sentencing (Document # 60). Having considered the motion and the applicable law, the Court determines that the foregoing motion should be denied. Accordingly, the Court hereby

ORDERS that the Unopposed Motion to Continue Sentencing (Document # 60) is DENIED.

SIGNED on the ____2____ day of November, 2021.

_____
DAVID HITTNER
United States District Judge