United States District Court
Southern District of Texas
**ENTERED**
November 12, 2021
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | Case No. 18-0954M |
| v. | § | |
| | § | |
| STEVEN HUGH HUNTER, | § | (UNDER SEAL) |
| DEFENDANT. | § | |

### ORDER

Came on to be considered, the Defendant, STEVEN HUGH HUNTER, Stephen Hunter's Motion to Continue Sentencing.

It is, therefore ORDERED that the Motion for Continuance is:

GRANTED

SIGNED on this the 12 day of Nov 2021.

_____
DAVID HITTNER
UNITED STATES DISTRICT JUDGE