United States District Court
Southern District of Texas
**ENTERED**
November 12, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT           SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| versus § | CRIMINAL H-18-415 (01) |
| § | |
| Stevem Hugh Hunter, § | |

## AMENDED Order for Presentence Investigation and Disclosure & Sentencing Dates

The defendant having been found guilty on counts __1__ a presentence report is ordered.

1. By June 9, 2021, the initial presentence report must be disclosed to counsel (*about 35 days after determination of guilt*).

2. By June 23, 2022, counsel must object in writing to the facts used and application of the guidelines or state that there is no objection (*14 days after disclosure*).

3. By July 7, 2022, the probation officer must submit to the judge the final presentence report with an addendum addressing contested issues (*14 days after disclosure*).

4. Sentencing is set for July 14, 2022 at 1:30 p.m. (*no sooner than 35 days from initial disclosure*).

5. For counsel to attend interviews with the defendant, counsel must tell the United States Probation Officer immediately; within 5 days, counsel must supplement that oral request with one in writing.

6. The defendant must go immediately—with a copy of this order—to:

    United States Probation Department
    Room 2301, 515 Rusk Avenue, Houston
    Telephone: (713) 250-5266

If you get this order after 5:00 p.m., report to the Probation Department no later than 10:00 a.m. on the next workday.

Signed November 12, 2021

United States District Judge

Copies: United States Probation
AUSA: Suzanne Elmilady
Defense Counsel: Gus Saper (R)
Defendant is **on Bond**.