United States District Court
Southern District of Texas
**ENTERED**
June 02, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| *versus* § | Criminal No. 4:18−cr−00415 |
| § | |
| Steven Hugh Hunter § | |

# Order for Presentence Investigation and Disclosure & Sentencing Dates

The defendant having been found guilty, a presentence report is ordered.

1. By **November 18, 2022**, the initial presentence report must be disclosed to counsel *(about 35 days after determination of guilt)*.

2. By **December 2, 2022**, counsel must object in writing to the facts used and application of the guidelines or state that there is no objection *(14 days after disclosure)*.

3. By **December 16, 2022**, the probation officer must submit to the judge the final presentence report with an addendum addressing contested issues *(14 days after disclosure)*.

4. Sentencing is set for **Friday, December 30,2022 at 02:00 PM** *(no sooner than 35 days from initial disclosure)*.

5. For counsel to attend interviews with the defendant, counsel must tell the United States Probation Officer immediately; within 5 days, counsel must supplement that oral request with one in writing.

6. A defendant who is on bond must go immediately−with a copy of this order−to:

    **United States Probation
    Room 2301, 515 Rusk Avenue, Houston
    Telephone: (713) 250−5266**

If you get this order after 5:00 p.m., report to the Probation Department no later than 10:00 a.m. on the next workday.

Signed June 2, 2022.

_____
David Hittner
United States District Judge